```
 1                                                     JS-6
 2
 3
 4
 5
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              CENTRAL DISTRICT OF CALIFORNIA
10
11  MARIA TERESA SCOTT,          )  CV 08-4467 RSWL (FMOx)
                                 )
12              Plaintiff,       )
                                 )  JUDGMENT
13      v.                       )
                                 )
14                               )
    SUBCONTRACTING CONCEPTS,     )
15  INC. AND DOES 1-10,          )
                                 )
16              Defendant.       )
    _____)
17
18
19      On July 14, 2009, this Court heard Defendant's
20  Motion for Summary Judgment, or in the Alternative,
21  Summary Adjudication of Issues.  Having determined that
22  there is no genuine issue of material fact and
23  Defendant is entitled to judgment as a matter of law,
24  the Court granted Defendant's Motion for Summary
25  Judgment.
26      Accordingly, the Court **HEREBY ENTERS JUDGMENT** in
27  ///
28  ///
```

1

favor of Defendant Subcontracting Concepts, Inc.  The Court **HEREBY ORDERS** that Plaintiff Maria Teresa Scott take nothing from Defendant.

**IT IS SO ORDERED.**

DATED: July 27, 2009

_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

2